People v Graham (2022 NY Slip Op 50947(U))

[*1]

People v Graham (Glenn)

2022 NY Slip Op 50947(U) [76 Misc 3d 136(A)]

Decided on September 27, 2022

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on September 27, 2022
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Brigantti, J.P., Tisch, Michael, JJ.

570351/19

The People of the State of New York,
Respondent, 
against
Glenn Graham, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Ilana J. Marcus, J.), rendered April 10, 2019, convicting him, upon his plea of
guilty, of criminal possession of a controlled substance in the seventh degree, and imposing
sentence.

Per Curiam.
Judgment of conviction (Ilana J. Marcus, J.), rendered April 10, 2019, reversed, on the law,
the accusatory instrument dismissed, and surcharge, if paid, remitted.
As the People concede, the seventh-degree criminal possession of a controlled substance
charge (see Penal Law § 220.03) must be dismissed. "The instrument's factual assertions
gave no basis for concluding that the substance defendant possessed was a controlled substance;
that is, an illegal synthetic cannabinoid as listed with precision in Public Health Law §
3306(g), as opposed to one of the many synthetic cannabinoid substances that are not
criminalized in the schedule" (People v Hill, — NY3d —, 2022 NY Slip Op
03930, *3 [2022]). Dismissal of the remaining offense, a violation of the sanitary code, is
appropriate here because the People do not oppose such disposition and defendant was sentenced
to a conditional discharge, with no sentence to serve (id.).
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: September 27, 2022